UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID S. BINGHAM, et al.,<br><br>              Defendants. | C18-243 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, docket no. 4 (the "Motion") is DENIED in part and DEFERRED in part. Plaintiff's request for a Temporary Restraining Order is DENIED. *See* Fed. R. Civ. P. 65(b)(1)(A). The Court DEFERS ruling on Plaintiff's request for a preliminary injunction. The Motion is RENOTED to March 9, 2018. Any response by Defendants to Plaintiff's request for a preliminary injunction is due by March 5, 2018. Plaintiff's reply, if any, is due on or before the noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2018.

                                                    William M. McCool
                                                    Clerk

                                                      s/Karen Dews
                                                      Deputy Clerk

MINUTE ORDER - 1