UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on Plaintiff's Motion for Preliminary Injunction, docket no. 4, for Thursday, March 29, 2018, at 10:00 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1