UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

               Plaintiff,

     v.

DAVID S. BINGHAM, et al.,

               Defendants.

C18-243 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Court RESETS oral argument on Plaintiff's motion for preliminary injunction, docket no. 4, and SETS oral argument on the pending motions to dismiss, *see* docket nos. 44, 48, and 49, for Friday, April 13, 2018, at 10:00 a.m.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 16th day of March, 2018.

                             William M. McCool
                             Clerk

                             s/Karen Dews
                             Deputy Clerk