# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

Plaintiff,

v.

DAVID S. BINGHAM, et al.,

Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The pending motions to reschedule the hearing set in the Court's March 16, 2018, Minute Order (docket no. 55), *see* docket nos. 57, 58, are GRANTED. The Court RESETS oral argument on Plaintiff's motion for preliminary injunction, docket no. 4 (the "Preliminary Injunction Motion"), and on the pending motions to dismiss, *see* docket nos. 44, 48, and 49 (collectively, the "Motions to Dismiss"), for Thursday, May 3, 2018, at 10:00 a.m. The Preliminary Injunction Motion and the Motions to Dismiss are RENOTED for May 3, 2018. The deadline to confer under Fed. R. Civ. P. 26(f) is EXTENDED to May 3, 2018. All other deadlines and requirements imposed in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, docket no. 19, shall remain the same.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of April, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1