UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff LVB-Ogden Marketing, LLC, Defendant Bingo Investments, LLC, Defendant CCRB Enterprises, LLC, and Defendant BGH Holdings, LLC, are each DIRECTED to file, no later than Friday, April 27, 2018, amended disclosure statements pursuant to Local Civil Rule 7.1, disclosing, without limitation, (1) each of their members or owners, and (2) the citizenship of each of their members or owners so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was filed.[1] *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens.").

---

[1] The Court is satisfied that, for purposes of its diversity jurisdiction inquiry, citizenship has sufficiently been established for the individual parties, as well as Defendant Park Place Motors, Ltd. and Defendant HyTech Power, Inc.

MINUTE ORDER - 1

(2) The Court RESETS oral argument on Plaintiff's motion for preliminary injunction, docket no. 4, and on the pending motions to dismiss, *see* docket nos. 44, 48, and 49, to begin at 9:00 a.m. on Thursday, May 3, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2