The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC, | NO. 2:18-cv-00243-TSZ |
| Plaintiff, | STIPULATION FOR AND ORDER AMENDING INITIAL SCHEDULING DATES |
| v. | |
| DAVID S. BINGHAM, SHARON BINGHAM, CHRISTOPHER BINGHAM, CHERISH BINGHAM, KELLY BINGHAM, BINGO INVESTMENTS, LLC, CCRB ENTERPRISES, LLC, PARK PLACE MOTORS, LTD., HYTECH POWER, INC., CICILIA ELALI (f/k/a CICILIA PARK), HENRY DEAN, in his individual capacity and as Trustee for the SHARON GRAHAM BINGHAM 2007 TRUST, and BGH HOLDINGS, LLC, | |
| Defendants. | |

Whereas, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 19) on February 28, 2018, which set forth the following Initial Scheduling Dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 04/16/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 04/30/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 04/30/2018 |

STIPULATION FOR AND ORDER AMENDING INITIAL
SCHEDULING DATES - 1
( 2:18-cv-00243-TSZ)

6411428.2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| 1 | Whereas, the Court issued Minute Order (Dkt. No. 68) on April 4, 2018, which, |
| 2 | amongst other things, extended the deadline to confer under Fed. R. Civ. P. 26(f) from April |
| 3 | 16, 2018 to May 3, 2018, with all other deadlines remaining the same; |
| 4 | Whereas, the parties require additional time and therefore are in agreement that the |
| 5 | deadlines for: (i) the service of initial disclosures and (ii) the filing of the combined joint status |
| 6 | report and discovery plan should be extended to May 17, 2018, following the Rule 26(f) |
| 7 | conference and the hearing on the pending motions, the Parties respectfully request an Order |
| 8 | that provides for the following deadlines: |

| | |
|---|---|
| FRCP 26(f) Conference | 05/03/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 05/17/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 05/17/2018 |

STIPULATION FOR AND ORDER AMENDING INITIAL SCHEDULING DATES - 2
( 2:18-cv-00243-TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6411428.2

DATED this 26th day of April, 2018.

| | |
|---|---|
| s/Jonathan J. Faria per email authority<br>William R. Squires, III, WSBA #4976<br>CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP<br>1001 Fourth Ave, Suite 3900<br>Seattle, WA 98154<br>206.625.8600<br>206.625.0900 fax<br>rsquires@corrcronin.com<br><br>Jonathan J. Faria (Admitted Pro Hac Vice)<br>Tammy A. Tsoumas (Admitted Pro Hac Vice)<br>Heather F. Canner (Admitted Pro Hac Vice)<br>Kirkland & Ellis LLP<br>333 S. Hope Street<br>Los Angeles, CA 90071<br>213.680.8151<br>Jonathan.faria@kirkland.com<br>Tammy.tsoumas@kirkland.com<br>Heather.canner@kirkland.com<br><br>Jeffrey L. Willian (admitted Pro Hac Vice)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>312.862.2257<br>jwillian@kirkland.com<br><br>**Attorneys for Plaintiff, LVB-Ogden Marketing LLC** | s/ Scott B. Henrie<br>Scott B. Henrie, WSBA #12673<br>Manish Borde, WSBA #39503<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>shenrie@williamskastner.com<br>mborde@williamskastner.com<br><br>**Attorneys for Defendants Henry Dean, as Trustee of the Sharon Graham Bingham 2007 Trust, Park Place Motors, Ltd. and HyTech Power, Inc.** |
| s/ Nathan J. Arnold per email authority<br>R. Bruce Johnston, WSBA #4646<br>Emanuel Jacobowitz, WSBA #39991<br>Nathan J. Arnold, WSBA # 45356<br>JOHNSTON JACOBOWITZ & ARNOLD, PC<br>2701 First Avenue, Suite 200<br>Seattle, WA 98121<br>206.866.3230<br>bruce@jjalaw.com<br>manny@jjalaw.com<br>nathan@jjalaw.com<br><br>**Attorneys for Defendants, Bingham, BINGO Investments LLC and CCRB Enterprises LLC** | s/ Dennis J. McGlothin per email authority<br>Dennis J. McGlothin, WSBA #28177<br>Robert J. Cadranell, WSBA #41773<br>WESTERN WASHINGTON LAW GROUP, PLLC<br>7500 212th St SW, Suite 207<br>Edmonds, WA 98026<br>425.728.7296<br>robert@westwalaw.com<br>dennnis@westwalaw.com<br><br>**Attorneys for Defendants Henry Dean, in his individual capacity, Cicilia Elali and BGH Holdings, LLC** |

STIPULATION FOR AND ORDER AMENDING INITIAL SCHEDULING DATES - 3
( 2:18-cv-00243-TSZ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6411428.2

BASED ON THE FOREGOING STIPULATION OF THE PARTIES, the Court sets forth the following Initial Scheduling Dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 05/03/2018 |
| Deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) | 05/17/2018 |
| Deadline for Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 05/17/2018 |

IT IS SO ORDERED.

DATED this 27th day of April, 2018

_____
Thomas S. Zilly
United States District Judge

PRESENTED BY:

s/ Scott B. Henrie
s/ Manish Borde
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Defendants Henry Dean, as trustee of the Sharon Graham Bingham 2007 Trust and Park Place Motors Ltd.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

STIPULATION FOR AND ORDER AMENDING INITIAL SCHEDULING DATES - 4
( 2:18-cv-00243-TSZ)

6411428.2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| 1 | |
| 2 | AGREED TO AS TO FORM,<br>PRESENTATION WAIVED: |
| 3 | s/Jonathan J. Faria per email authority |
| 4 | William R. Squires, III, WSBA #4976<br>CORR CRONIN MICHELSON BAUMGARDNER<br>FOGG & MOORE LLP |
| 5 | 1001 Fourth Ave, Suite 3900<br>Seattle, WA 98154 |
| 6 | 206.625.8600<br>206.625.0900 fax |
| 7 | rsquires@corrcronin.com |
| 8 | Jonathan J. Faria (Admitted Pro Hac Vice)<br>Tammy A. Tsoumas (Admitted Pro Hac Vice) |
| 9 | Heather F. Canner (Admitted Pro Hac Vice)<br>Kirkland & Ellis LLP |
| 10 | 333 S. Hope Street<br>Los Angeles, CA 90071 |
| 11 | 213.680.8151<br>Jonathan.faria@kirkland.com |
| 12 | Tammy.tsoumas@kirkland.com<br>Heather.canner@kirkland.com |
| 13 | |
| 14 | Jeffrey L. Willian (admitted Pro Hac Vice)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle |
| 15 | Chicago, IL 60654<br>312.862.2257 |
| 16 | jwillian@kirkland.com |
| 17 | **Attorneys for Plaintiff, LVB-Ogden Marketing LLC** |
| 18 | s/ Nathan J. Arnold per email authority<br>R. Bruce Johnston, WSBA #4646 |
| 19 | Emanuel Jacobowitz, WSBA #39991<br>Nathan J. Arnold, WSBA # 45356 |
| 20 | JOHNSTON JACOBOWITZ & ARNOLD, PC<br>2701 First Avenue, Suite 200 |
| 21 | Seattle, WA 98121<br>206.866.3230 |
| 22 | bruce@jjalaw.com<br>manny@jjalaw.com |
| 23 | nathan@jjalaw.com |
| 24 | **Attorneys for Defendants, Bingham, BINGO Investments LLC and CCRB Enterprises LLC** |
| 25 | |

| | |
|---|---|
| STIPULATION FOR AND ORDER AMENDING INITIAL<br>SCHEDULING DATES - 5<br>( 2:18-cv-00243-TSZ)<br><br>6411428.2 | **Williams, Kastner & Gibbs PLLC**<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101-2380<br>(206) 628-6600 |

| | |
|---|---|
| 1 | |
| 2 | s/Dennis J. McGlothin per email authority<br>Dennis J. McGlothin, WSBA #28177 |
| 3 | Robert J. Cadranell, WSBA #41773<br>WESTERN WASHINGTON LAW GROUP, PLLC |
| 4 | 7500 212th St SW, Suite 207<br>Edmonds, WA 98026 |
| 5 | 425.728.7296<br>robert@westwalaw.com |
| 6 | dennnis@westwalaw.com |
| 7 | **Attorneys for Defendants Henry Dean, in his individual capacity, Cicilia Elali and BGH Holdings, LLC** |

STIPULATION FOR AND ORDER AMENDING INITIAL
SCHEDULING DATES - 6
( 2:18-cv-00243-TSZ)

6411428.2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600