# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel are DIRECTED to be prepared to discuss at tomorrow's hearing, *see* docket no. 69, whether this case should be dismissed for lack of diversity jurisdiction in light of Plaintiff's Second Amended Corporate Disclosure Statement, docket no. 77. *See 3123 SMB LLC v. Horn*, 880 F.3d 461, 465 (9th Cir. 2018) ("For purposes of diversity jurisdiction, a limited liability company 'is a citizen of every state of which its owners/members are citizens.'" (quoting *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)); *Spesock v. U.S. Bank N.A.*, No. C18-0092JLR, 2018 U.S. Dist. LEXIS 23521, at *2–5 (W.D. Wash. Feb. 13, 2018).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2018.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1