UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendant.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court STRIKES without prejudice the pending motions for sanctions, docket nos. 75 and 76. Defendants are GRANTED leave to refile after May 30, 2018, once the parties have completed the mandates imposed by the Court's Minute Entry, docket no. 79.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2018.

                                  William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1