# Exhibit D





OCT 15 2010



Joseph J. Siprut
312.701.9344
siprut@sw.com

October 14, 2010

**VIA FEDERAL EXPRESS**

Clerk of Court
US Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

**MS10 154**

Re: Registration of Foreign Judgment
*LVB-Ogden Marketing Corporation v. McCourt, et al.*; Case No. 09-CV-04518

Dear Sir or Madam:

Enclosed please find paperwork related to a **Registration of Foreign Judgment**. The enclosed certified judgment was entered against Defendants David S. Bingham, Sharon Bingham, Frances P. Graham, Christopher G. Bingham, Cherish Bingham a/k/a Cherish Burgess, Scott F. Bingham, and Kelly Bingham in the United States District Court for the Northern District of Illinois. We would now like to register the judgment with the United States District Court, Western District of Washington.

We have enclosed payment of $39 plus a self-addressed prepaid Federal Express envelope. Please send copies of the paperwork to me after the registration process is complete. If you have any questions, please let me know. Thank you.

Yours sincerely,

Joseph J. Siprut

JJS:gf

Enclosure

10-MC-00154-JGM

204548_1.DOC

One South Wacker Drive, 28th Floor, Chicago, Illinois 60606-4617 ▪ T: 312.701.9300  F: 312.701.9335 ▪ www.sw.com

## UNITED STATES DISTRICT COURT
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

**MICHAEL W. DOBBINS**
**CLERK**

OFFICE OF THE CLERK

**LVB-OGDEN MARKETING LLC,,**

Case No.: 09cv4518

v.

**PATRICK L. MCCOURT, et.al,,**

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 8/25/2010, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on October 7, 2010.

Michael W. Dobbins
Court Administrator

By: David Jozwiak
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on

OCT - 7 2010

MICHAEL W. DOBBINS, CLERK

By: _DAVID JOZWIAK_ /s/

Deputy Clerk

Case: 1:10-cv-02439 Document #: 32-4 Filed: 05/16/11 Page 4 of 6
Case: 1:09-cv-04518 Document #: 76 Filed: 08/25/10 Page 1 of 2 PageID #:892

HHW

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,                   Plaintiff,    v.    PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,                   Defendants. _____ TRANSWESTERN MEZZANINE REALTY PARTNERS II, LLC,                  Plaintiff-In-Intervention,    v.    PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,                   Defendants. | Case No. 09-CV-4518 Judge Harry D. Leinenweber Magistrate Judge Geraldine Soat Brown |

## ORDER DIRECTING ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS

This cause having come on Plaintiff's Motion for Summary Judgment against Defendants David S. Bingham, Sharon Bingham, Frances P. Graham, Christopher G. Bingham,

203574_1.DOC

Cherish Bingham a/k/a Cherish Burgess, Kelly Bingham, and Bingo Investments LLC; Plaintiff's Motion for Summary Judgment having been granted;

IT IS HEREBY ORDERED:

1. Final judgment shall be entered in favor of Plaintiff LVB-Ogden Marketing Corporation, LLC and against Defendants David S. Bingham, Sharon Bingham, Frances P. Graham, Christopher G. Bingham, Cherish Bingham a/k/a Cherish Burgess, Kelly Bingham, and Bingo Investments LLC, jointly and severally, in the amount of $70,944,423.10.

2. Pursuant to 28 U.S.C. § 1961, Plaintiff is entitled to post-judgment interest at the rate of 0.49% per annum.

3. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay.

ENTERED BY:

_____
Judge Harry D. Leinenweber

DATED: 8/25/10

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| LVB-Ogden Marketing Corporation | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 09 C 4518 |
| Patrick L. McCourt, et al | |

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is hereby entered in favor of the Plaintiff LVB-Ogden Marketing Corporation, LLC and against Defendants David S. Bingham, Sharon Bingham, Frances P. Graham, Christopher G. Bingham, Cherish Bingham a/k/a Cherish Burgess, Kelly Bingham and Bingo Investments LLC, jointly and severally, in the amount of $70,944,423.10, with post judgment interest at the rate of 0.49% per annum.

There is no just reason for delay.

Michael W. Dobbins, Clerk of Court

Date: 9/29/2010

/s/ Wanda A. Parker, Deputy Clerk