THE HONORABLE THOMAS S. ZILL Y

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>DAVID S. BINGHAM, SHARON BINGHAM, CHRISTOPHER BINGHAM, CHERISH BINGHAM, KELLY BINGHAM, BINGO INVESTMENTS, LLC, CCRB ENTERPRISES, LLC, SKBB ENTERPRISES, LLC, PARK PLACE MOTORS, LTD., HYTECH POWER, INC., HENRY DEAN, in his individual capacity and as Trustee for the SHARON GRAHAM BINGHAM 2007 TRUST, and BGH HOLDINGS, LLC,<br><br>                              Defendants. | No. 2:18-CV-00243<br><br>**DECLARATION OF JONATHAN J. FARIA IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

1    I, Jonathan J. Faria, declare as follows:

2        1.    I am a partner at Kirkland & Ellis LLP and represent Plaintiff LVB-Ogden Marketing,

3    LLC ("LVB") in this action.  I have personal knowledge of the facts stated in this declaration, and

4    could and would testify competently to the facts if called as a witness.

5        2.    Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated May 18, 2017

6    from counsel for Defendants, R. Bruce Johnston, to counsel for LVB, Jeffrey L. Willian.

7        3.    Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated May 21, 2018

8    from counsel for LVB, Jeffrey L. Willian, to counsel for Defendants, R. Bruce Johnston.

9        4.    Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated May 21, 2018

10   from counsel for Defendants, Dennis J. McGlothin, to counsel for LVB, Jonathan J. Faria.

11       5.    Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated May 21, 2018

12   from counsel for Defendants, R. Bruce Johnston, to counsel for LVB, Jeffrey L. Willian.

13       6.   Attached hereto as **Exhibit 5** is a true and correct copy of a letter dated May 22, 2018

14   from counsel for LVB, Jeffrey L. Willian, to counsel for Defendants, R. Bruce Johnston.

15       7.    Attached hereto as **Exhibit 6** is a true and correct copy of a letter dated May 24, 2018

16   from counsel for Defendants, Manish Borde, to counsel for LVB, Jeffrey L. Willian.  Attached

17   hereto as **Exhibit 7** is a true and correct copy of Defendants' Notice of Taking Fed. R. Civ. P.

18   30(b)(6) Deposition of LVB-Ogden Marketing, LLC, which was attached to the aforementioned

19   May 24, 2018 letter.

20       8.    Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated May 29, 2018

21   from counsel for LVB, Jeffrey L. Willian, to counsel for Defendants, Manish Borde.

22       9.    On March 31, 2018, counsel for LVB met and conferred with counsel of record for

23   Defendants in this litigation by telephone.[1]  Attached hereto as **Exhibit 9** is a true and correct copy

24

25

26   _____

     [1] This included R. Bruce Johnston, Emanuel Jacobowitz, Nathan Arnold, Dennis McGlothin, Scott Henrie and
     Manish Borde.

---

**DECLARATION OF JONATHAN J. FARIA IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER) – 1**
No. 2:18-CV-00243-TSZ

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

1   of an email string dated March 31, 2018 between counsel for Defendants and counsel for LVB

2   summarizing this meet and confer discussion.

3       10.     On June 5, 2018, counsel for LVB met and conferred again by telephone with the

4   same counsel for Defendants.  Attached hereto as **Exhibit 10** is a true and correct copy of an email

5   string dated June 5 through June 7, 2018 between counsel for Defendants and counsel for LVB

6   summarizing that June 5, 2018 meet and confer discussion by telephone, and reflecting further meet

7   and confer communications.

8       11.     As discussed above, in LVB's Motion, and as demonstrated in the exhibits attached

9   hereto, LVB has engaged in good faith meet and confer telephone conferences and e-mail

10  exchanges with counsel for Defendants in an effort to resolve the instant dispute without court

11  action.

12      I declare under penalty of perjury under the laws of the United States that the foregoing is

13  true and correct.

14      Executed in Los Angeles, California this 7th day of June, 2018.



DECLARATION OF JONATHAN J. FARIA IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER) – 2
No. 2:18-CV-00243-TSZ

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individuals listed below at the email addresses set forth below.

Emanuel Jacobowitz
R. Bruce Johnston
Nathan J. Arnold
JOHNSTON JACOBOWITZ & ARNOLD, PC
2701 First Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 866-3230
Email:      manny@jjalaw.com
            bruce@rbrucejohnston.com
            Nathan@jjalaw.com
*Attorneys for Defendants David S. Bingham, Sharon Bingham, Christopher Bingham,*
*Cherish Bingham, Kelly Bingham, Bingo Investments, LLC, and CCRB Enterprises, LLC*

Scott B. Henrie
Manish Borde
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone:  (206) 628-6600
Email:      shenrie@williamskastner.com
            mborde@williamskastner.com
*Attorneys for Defendant Park Place Motors, Ltd. and Henry Dean as Trustee for the Sharon*
*Graham Bingham 2007 Trust*

Dennis J. McGlothin
Robert J. Cadranell, II
WESTERN WASHINGTON LAW GROUP PLLC
7500 212th St. S.W., Suite 270
Edmonds, WA  98026
Phone:      425-428-7296
Email:      dennis@westwalaw.com
            robert@westwalaw.com
*Attorneys for Defendants Henry Dean in his individual capacity and BGH Holdings, LLC*

s/ William R. Squires III

William R. Squires III, WSBA No. 4976
Attorney for Plaintiff
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone:      (206) 625-8600
Fax:            (206) 625-0900
e-mail:         rsquires@corrcronin.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE
No. 2:18-CV-00243-TSZ

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600