1

2

3

4

5               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
6                       AT SEATTLE

7    LVB-OGDEN MARKETING, LLC,

8                        Plaintiff,

9          v.                                    C18-243 TSZ

10   DAVID S. BINGHAM, et al.,                   MINUTE ORDER

11                       Defendants.

12
          The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14        (1)    Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary
     Injunction, docket no. 4, is DENIED.  An order detailing the Court's rationale for this
15   ruling will follow.

16        (2)    The Court has reviewed the parties' Joint Status Report, docket no. 127.
     The parties appear to agree, at least in part, that they can be ready for trial on an
     expedited basis.  *See* Joint Status Report at 5–6.  Due to the complexity of this case, a
17   jury trial will be SET for Monday, April 29, 2019.  A scheduling order reflecting this trial
     date and all corresponding pre-trial deadlines will follow.
18
          (3)    The parties dispute whether any dispositive motion practice should proceed
19   in stages.  Plaintiff proposes different stages of summary judgment briefing and
     evidentiary hearings prior to trial.  Defendants contends that a "staged" approach is
20   unworkable in light of the factual overlap between the parties' various claims and
     defenses.  The Court concludes that some additional briefing on an expedited basis would
21   be useful in narrowing the issues of this case, as follows:

22

23

MINUTE ORDER - 1

A.  **Stage 1: Motion for Partial Summary Judgment**:  Plaintiff is DIRECTED to file, no later than Thursday, September 6, 2018, a motion for summary judgment concerning (i) any self-settled transfers to the Sharon Graham Bingham 2007 Trust (the "Trust"); and (ii) any payments made to Defendant Sharon Bingham from the Fisher Trusts.  *See* Joint Status Report at 1–2 (referred to as "Stage 1").  This motion should be briefed and noted in accordance with Local Civil Rule 7.  Each party may file one additional summary judgment motion concerning any remaining issues on or before the dispositive motion deadline, which will be set in the forthcoming scheduling order.

B.  **Stage 2:  Supplemental Briefing**:  Each party is DIRECTED to file one supplemental brief, not to exceed twenty-four (24) pages, on or before Friday, September 21, 2018, addressing the following issues:

    i.  **Issue 1**:  The record before the Court demonstrates that the Trust holds two judgments of $23,290,953 and $57,617,482, respectively, against the same debtors as Plaintiff.  *See* Declaration of Henry W. Dean, Trustee in Support of Response to Motion for Preliminary Injunction, docket no. 38, Exhibit H (the "Umpqua Judgment"), Exhibit L (assignment of the Umpqua Judgment), Exhibit R (the "Centrum Judgment"); Declaration of R. Bruce Johnston in Opposition to Plaintiff's Motion for Preliminary Injunction, docket no. 35, Exhibit 1A (assignment of the Centrum Judgment).  The parties are DIRECTED to address whether there is any legal or equitable reason why those judgments would not have priority over Plaintiff's judgment.

    ii.  **Issue 2**:  Whether Plaintiff needs an order from this Court before it can execute on the assets of Defendant CCRB Enterprises, LLC, SKBB Enterprises, LLC, or any other assets outside of the Trust.

    iii.  **Issue 3**:  Whether the Court should bifurcate the trial into two or more stages.  *See* Joint Status Report at 5–6.

Each party may file one responsive brief, not to exceed twelve (12) pages, on or before October 5, 2018.

(4)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2018.

MINUTE ORDER - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 3