UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's *Ex Parte* Motion to Extend Deadline to Serve Expert Disclosures and Reports (docket no. 138) is renoted to September 21, 2018. Pursuant to Local Rule 7(d)(2), Defendants' opposition, if any, shall be filed no later than Wednesday, September 19, 2018. Any reply shall be filed no later than September 21, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of September, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1