UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

Plaintiff,

v.

DAVID S. BINGHAM, et al.,

Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having considered Plaintiff's unopposed Motion for Extension of Time to Serve Expert Disclosures and Reports, docket no. 138, the supporting materials, and for good cause shown, hereby GRANTS Plaintiff's Motion. The deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) is extended to January 7, 2019. Depositions of disclosed experts shall be completed by February 1, 2019. All other deadlines shall remain as set forth in the Minute Order Setting Trial Date and Related Dates (docket no. 133).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of September, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1