UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sets an in-court status conference for Tuesday, January 15, 2019, at 10:00 a.m.

(2) The parties shall file a Joint Status Report on or before Thursday, January 10, 2019, addressing the parties readiness for trial, the anticipated length of trial, the issues raised in the supplemental briefing ordered by the Court (docket no. 132), the possibility of resolving this matter through mediation, and any other issues the parties wish to discuss at the January 15, 2019, status conference. The parties should also be prepared to address any pending motions which have a noting date on or prior to January 4, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1