UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The pending Motion for Protective Order by Defendant Hytech Power, Inc., docket no. 175, and Motion to Compel by Plaintiff LVB-Ogden Marketing, LLC, docket no. 178, are REFERRED to the Honorable Brian A. Tsuchida, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judges' Rule MJR 3.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

                                  William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1