UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

Plaintiff,

v.

DAVID S. BINGHAM, et al.,

Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Henry Dean's Motion to Compel Responses and Overrule Objections to Trustee's First Interrogatories and Second Request for Production, docket no. 173, is GRANTED for the reasons stated in the Court's December 7, 2018, Minute Order, docket no. 181. Plaintiff may not invoke the attorney-client privilege as a basis for refusing to respond to the 9 interrogatories and 5 requests for production that are the subject of Dean's motion. The interrogatories and requests are not vague or ambiguous, and the boilerplate objections are not well-taken. Plaintiff must make a "reasonable effort to respond" to these requests. *See Marti v. Baires*, No. 08-653, 2012 WL 2029720, at \*6 (E.D. Cal. June 5, 2012).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1