# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

      Plaintiff,

v.

DAVID S. BINGHAM, et al.,

      Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to LRC 7(h)(3), the Court requests a response to Defendant Henry Dean's Motion for Reconsideration, docket no. 201, and Defendants Cherish Bingham, Christopher Bingham, David S. Bingham, Kelly Bingham, Sharon Bingham, and Bingo Investments, LLC's Motion for Reconsideration, docket no. 202. Plaintiff is DIRECTED to file a single response to the motions for reconsideration on or before January 9, 2019. Replies, if any, shall be filed on or before noon on January 14, 2019. The Court renotes both motions to January 14, 2019.  The Court reserves ruling on whether the motions meet the procedural requirements of LRC 7(h)(1) (specifically, whether new arguments raised in the motions have been waived), and the response and reply should also address that issue.  The parties are FURTHER DIRECTED, in their respective response and replies, to address whether a partial judgment pursuant to Federal Rule of Civil Procedure 54(b) is necessary from this Court before Plaintiff can file a writ of execution based on the Court's Order, docket no. 182.

(2) At the hearing on Tuesday, January 15, 2019, the parties should be prepared to address the motions to reconsider.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2018.

                                                  William M. McCool  
                                                  Clerk

                                                  s/Karen Dews  
                                                  Deputy Clerk