UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

Plaintiff,

v.

DAVID S. BINGHAM, et al.,

Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the uncertainties arising from the present government shutdown, the Court STRIKES the in-court status conference scheduled for Tuesday, January 15, 2019, at 10:00 a.m. The Court will reschedule the hearing, if necessary, after reviewing the parties' joint status report due Thursday, January 10, 2019, and the parties' supplemental briefing ordered in connection with the motions to reconsider and other issues presented (*see* docket no. 205).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1