UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

 v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Defendants Henry Dean, Hytech Power, Inc., and Park Place Motors, LTD's Motion for Relief from Court Deadline, docket no. 198, is GRANTED. The opposition brief appended to the Motion for Relief from Court Deadline, docket no. 198-1, is deemed timely filed with respect to Plaintiff's Motion to Compel, docket no. 178. Plaintiff is directed not to file any reply brief.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Magistrate Judge Tsuchida.

  Dated this 8th day of January, 2019.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1