UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

        Plaintiff,

    v.

DAVID S. BINGHAM, et al.,

        Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants Henry Dean and BGH Holdings, LLC's Ex Parte Motion to Extend Deadline to File Parties' Joint Status Report, docket no. 213, is DENIED. Defendants filed the ex parte motion on the same day the joint status report was due, and have not shown the existence of a "true, unforeseen emergency that prevent[ed]" Defendants from seeking an extension earlier. Local Rule 7(j).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of January, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1