UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Trustee Henry Dean's Motion for Reconsideration, docket no. 201, and Defendants Cherish Bingham, Christopher Bingham, David S. Bingham, Kelly Bingham, Sharon Bingham, and Bingo Investments, LLC's Joinder, docket no. 202, are DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of January, 2019.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1