UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The pending Ex Parte Motion for Order Requiring Compliance with the Court's January 9, 2019, Discovery Order (Dkt. No. 211) and Entering Appropriate Sanctions, docket no. 225, is REFERRED to the Honorable Brian A. Tsuchida, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judges' Rule MJR 3.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Magistrate Judge Tsuchida.

Dated this 17th day of January, 2019.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1