# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) At the hearing set for Tuesday, January 22, 2019 at 11:00 a.m., the parties should be prepared to address the following:

    (a) the issues raised by the Order, docket no. 230;

    (b) the issues addressed in the related supplemental briefing previously provided to the Court, docket nos. 141, 142, 143, and 145; and

    (c) the parties' status report, docket no. 215, the parties' readiness for trial, length of trial, and the possibility of resolving the matter prior to trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1