UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Based upon the consent of the parties, the Court hereby REFERS this case for settlement purposes only to the Honorable Christopher Alston, United States Bankruptcy Judge.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Judge Christopher Alston.

Dated this 28th day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1