UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

  v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The pending Ex Parte Motion to Compel Compliance with Court's Discovery Orders and for Rule 37(b) Sanctions, docket no. 248, is REFERRED to the Honorable Brian A. Tsuchida, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judges' Rule MJR 3.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Magistrate Judge Tsuchida.

Dated this 30th day of January, 2019.

                                  William M. McCool
                                  Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1