THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID S. BINGHAM, SHARON BINGHAM, CHRISTOPHER BINGHAM, CHERISH BINGHAM, KELLY BINGHAM, BINGO INVESTMENTS, LLC, CCRB ENTERPRISES, LLC, PARK PLACE MOTORS, LTD., HYTECH POWER, INC., HENRY DEAN, as Trustee for the SHARON GRAHAM BINGHAM 2007 TRUST, and BGH HOLDINGS, LLC,<br><br>    Defendants. | NO.  2:18-cv-00243-TSZ<br><br>MOTION FOR RELIEF FROM COURT DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br><br>February 15, 2019<br>(Second Friday) |

## INTRODUCTION

The current case schedule in this matter requires dispositive motions to be filed by February 7, 2019. All parties have conferred and agreed to an extension of this deadline until March 1, 2019, which will be after mediation. Defendants Henry W. Dean (in his individual

MOTION FOR RELIEF FROM COURT DEADLINE - Page 1
No. 2:18-cv-00243 -TSZ

WESTERN WASHINGTON LAW GROUP, PLLC
7500 212th St SW, Suite 207
Edmonds, WA 98026
425.728.7296   Fax 425.955.5300

capacity) and BGH Holdings, LLC, therefore move the Court for an order extending the deadline to file dispositive motions from February 7, 2019, to March 1, 2019. Additionally, all parties have conferred and agreed that (1) the pending King County Sheriff's sale voluntarily continued to a date not less than thirty (30) days from January 22, 2019, should be voluntarily continued further, under the same terms as the continuance now in effect, to March 7, 2019; and (2) there shall be no execution on other assets until after March 7, 2019.

## FACTS

On August 29, 2018, this Court entered a Minute Order Setting Trial Date and Related Dates. [Dkt. No. 133]. Pursuant to this Minute Order, all dispositive motions must be filed by February 7, 2019.

This case and C18-786-TSZ have been referred to the Hon. Judge Christopher Alston for settlement proceedings. [Dkt. Nos. 247 and 266] Mediation in this matter is set to take place on February 26-27, 2019.

All parties have conferred via email on February 6, 2019, and agreed to an extension of the deadline to file dispositive motions until March 1, 2019, which will be after mediation.

At a hearing on January 22, 2019, Defendants agreed to voluntarily continue the date of the pending King County Sheriff's sale to a date not less than thirty (30) days from January 22, 2019. Minute Entry of January 22, 2019 [Dkt. No. 243]. The Court noted that by continuing the sale, Defendants would not waive any arguments related to jurisdiction or the Court's ability to enter a temporary restraining order or preliminary injunction. *Id.* Plaintiff agreed not to pursue execution during the same thirty-day period and to instruct the U.S. Marshall regarding the same. *Id.*

MOTION FOR RELIEF FROM COURT DEADLINE - Page 2
No. 2:18-cv-00243 -TSZ

WESTERN WASHINGTON LAW
GROUP, PLLC
7500 212th St SW, Suite 207
Edmonds, WA 98026
425.728.7296   Fax 425.955.5300

All parties have conferred via email on February 6, 2019, and agreed to a further continuance of the pending King County Sheriff's sale, under the same terms as above, until March 7, 2019; and that there shall be no execution on other assets until after March 7, 2019.

### ARGUMENT AND LEGAL AUTHORITY

Fed. R. Civ. P. 1 provides that the Rules of Civil Procedure should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding. Extending the deadline for dispositive motions until March 1, 2019, will give the parties the opportunity to conduct mediation and possibly resolve this case prior to having to expend the time and resources necessary to prepare dispositive motions.

### CONCLUSION

For the reasons stated above, the Court should (1) continue the deadline to file dispositive motions from February 7, 2019, to March 1, 2019; (2) enter an order noting that the parties have voluntarily agreed to continue the date of the pending King County Sheriff's sale to March 7, 2019, under the same terms as the prior voluntary extension; and (3) enter an order noting that the parties have agreed there shall be no execution on other assets until after March 7, 2019.

DATED this 6th day of February, 2019.

WESTERN WASHINGTON LAW GROUP, PLLC

*/s/ Robert J. Cadranell*

Dennis J. McGlothin, WSBA No. 28177
Robert J. Cadranell, WSBA No. 41773
Attorneys for Defendants Henry W. Dean (in his individual capacity) and BGH Holdings, LLC

MOTION FOR RELIEF FROM COURT DEADLINE - Page 3
No. 2:18-cv-00243 -TSZ

WESTERN WASHINGTON LAW GROUP, PLLC
7500 212th St SW, Suite 207
Edmonds, WA 98026
425.728.7296   Fax 425.955.5300