THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID S. BINGHAM, SHARON BINGHAM, CHRISTOPHER BINGHAM, CHERISH BINGHAM, KELLY BINGHAM, BINGO INVESTMENTS, LLC, CCRB ENTERPRISES, LLC, PARK PLACE MOTORS, LTD., HYTECH POWER, INC., HENRY DEAN, as Trustee for the SHARON GRAHAM BINGHAM 2007 TRUST, and BGH HOLDINGS, LLC,<br><br>Defendants. | NO.  2:18-cv-00243-TSZ<br><br>ORDER GRANTING RELIEF FROM COURT DEADLINE |

THIS MATTER, having come before the Court on Henry Dean's (in his individual capacity) and BGH Holdings, LLC's Motion for Relief from Court Deadline, and the Court having reviewed all documents submitted, and reviewed the records and files herein, the Court finds that the motion should be granted. Now, therefore, it is hereby

ORDER GRANTING RELIEF FROM COURT DEADLINE - Page 1
No. 2:18-cv-00243 -TSZ

WESTERN WASHINGTON LAW GROUP, PLLC
7500 212th St SW, Suite 207
Edmonds, WA 98026
425.728.7296   Fax 425.955.5300

ORDERED that Henry Dean's (in his individual capacity) and BGH Holdings, LLC's Motion for Relief from Court Deadline is GRANTED.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that:

1. The current case schedule's deadline to file dispositive motions is continued from February 7, 2019 until March 1, 2019.

2. The parties agree to voluntarily continue the date of the pending King County Sheriff's sale to a date not before March 7, 2019. The Court notes that by continuing the sale, Defendants do not waive any arguments related to jurisdiction or the Court's ability to enter a temporary restraining order or preliminary injunction. Plaintiff agrees not to pursue execution during the same period and to instruct the U.S. Marshall regarding the same. Both Plaintiff and Defendants must file a certificate of compliance regarding the voluntary continuances and communication with the King County Sheriff and the U.S. Marshal on or before Tuesday, February 19, 2019.

3. The parties further agree to stay any execution on assets until after March 7, 2019.

DATED this 7th day of February, 2019.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

*Presented by:*

WESTERN WASHINGTON LAW GROUP, PLLC

*/s/ Robert J. Cadranell*

Dennis J. McGlothin, WSBA No. 28177
Robert J. Cadranell, WSBA No. 41773
Attorneys for Defendants Henry W. Dean (in his individual capacity) and BGH Holdings, LLC

ORDER GRANTING RELIEF FROM COURT DEADLINE - Page 2
No. 2:18-cv-00243 -TSZ

WESTERN WASHINGTON LAW GROUP, PLLC
7500 212th St SW, Suite 207
Edmonds, WA 98026
425.728.7296   Fax 425.955.5300