UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

        Plaintiff,

   v.

DAVID S. BINGHAM, et al.,

        Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed Defendants Cherish Bingham, Christopher Bingham, David S. Bingham, Kelly Bingham, Sharon Bingham, Bingo Investments, LLC, CCRB Enterprises, LLC, and SKBB Enterprises, LLC's ("the Bingham Defendants") Motion for Reconsideration, docket no. 277. The Court notes that the deadlines for compliance with earlier discovery orders, docket nos. 211, 242, and 251, have already been extended for all Defendants to noon on February 22, 2019. The Court suspends the sanctions imposed on the Bingham Defendants pending further order of the Court; the motion to reconsider, docket no. 277, is otherwise DENIED. The Court affirms the prior orders (docket nos. 211, 242, and 251) requiring the Bingham Defendants to search for and produce all responsive documents and to certify under penalty of perjury that they have done so and describe the steps taken to confirm they have done so.

(2) Defendant Henry Dean (individually) and BGH Holdings, LLC's Motion, docket no. 279, to Clarify Judge's Order, docket no. 274 and Objection to Magistrate's January 31, 2019 Non-Dispositive Order, docket no. 251, is GRANTED. As noted in the Court's January 9, 2019 Order, docket no. 211, LVB did not move to compel responses from Henry Dean in his individual capacity or from BGH Holdings, LLC. Neither Henry

MINUTE ORDER - 1

Dean in his individual capacity nor BGH Holdings, LLC is subject to this Court's orders regarding Plaintiff's Motion to Compel against other defendants.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Chief United States Magistrate Judge Tsuchida.

Dated this 15th day of February, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 2