# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

        Plaintiff,

    v.

DAVID S. BINGHAM, et al.,

        Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Based the arguments of counsel at the hearing on February 27, 2019, the Court issues the following amended schedule:

| | |
|---|---:|
| **TRIAL** set for 9:00 AM on | **June 3, 2019** |
| Dispositive Motions due by<br>    and noted for March 29, 2019;<br>    Responses due March 25, 2019,<br>    Replies due March 29, 2019 | March 15, 2019 |
| Joint status report relating to bifurcation due by | April 23, 2019 |
| Hearing SET for 9:30 a.m. on motions for summary judgment | April 30, 2019 |
| Motions in Limine due by<br>    and noted for May 17, 2019;<br>    Responses due May 10, 2019. | May 3, 2019 |
| Pretrial Order due by | May 17, 2019 |
| Trial Briefs to be submitted by | May 17, 2019 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| | Proposed Voir Dire/Jury Instructions **or** | |
| | Proposed Findings and Conclusions due by | May 17, 2019 |
| | Pretrial Conference set for 11:00 AM on | May 24, 2019 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; all defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of February, 2019.

                                                William M. McCool  
                                                Clerk

                                                s/Karen Dews  
                                                Deputy Clerk