# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff has filed an Ex Parte Motion for Freeze Regarding Dissipation of Transfers from Fisher Trusts, which seeks an order prohibiting Defendants Sharon Bingham and Henry Dean as Trustee of the Sharon Graham Bingham 2007 Trust from spending, transferring, causing to be transferred, distributing, delivering or otherwise dissipating any funds or assets received from the O.D. Fisher Trust or Nellie Hughes Fisher Trust during the pendency of this proceeding. Docket no. 297.

(2) On December 7, 2018, this Court ordered that "as a matter of law that Plaintiff is entitled to seize any distributions made or hereafter distributed to Sharon Bingham and/or the SGB Trust from the Fisher Trusts." Docket no. 182 at 11.

(3) Defendants are ORDERED TO SHOW CAUSE why this Court's December 7, 2018 Order does not already prohibit Defendants Sharon Bingham and Henry Dean as Trustee of the Sharon Graham Bingham 2007 Trust from spending, transferring, causing to be transferred, distributing, delivering or otherwise dissipating any funds or assets received from the O.D. Fisher Trust or Nellie Hughes Fisher Trust during the pendency of this proceeding. If Defendants believe the Court's December 7 Order does not already prohibit dissipation of Fisher Trust assets, Defendants are

MINUTE ORDER - 1

additionally ordered to show cause why the Court should not grant Plaintiff's ex parte motion for a freeze.

    (4)    Defendants shall file a response brief of not more than fifteen (15) pages on or before Monday, March 11, 2019.  Plaintiff shall file a reply brief of not more than ten (10) pages on or before Monday, March 18, 2019.

    (5)    Plaintiff's motion, docket no. 297, is re-noted to Monday, March 18, 2019.

    (6)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 2