# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, LLC,

        Plaintiff,

v.

DAVID S. BINGHAM, et al.,

        Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) At the hearing set for Tuesday, April 30, 2019, the parties should be prepared to address Plaintiff's Ex Parte Motion for Freeze (docket no. 297) in addition to the topics covered in the cross-motions for partial summary judgment (docket nos. 309 & 310).

(2) In connection with Plaintiff's Reply to docket no. 297, new arguments have been raised relating to the Court's power, if any, to freeze distributions from the Fisher Trust assets pending litigation. Defendants should have the opportunity to address these new arguments and may file a single, consolidated surreply regarding the motion for a freeze regarding transfers from the Fisher Trusts (docket no. 297) of not more than ten (10) pages, on or before April 26, 2019. Defendants' reply should address the potential application of RCW 6.32.080 and RCW 6.32.120 to the self-settled assets. No further response or reply may be filed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1