THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC, | No. 2:18-CV-00243-TSZ |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DAVID S. BINGHAM, SHARON BINGHAM, CHRISTOPHER BINGHAM, CHERISH BINGHAM, KELLY BINGHAM, BINGO INVESTMENTS, LLC, CCRB ENTERPRISES, LLC, SKBB ENTERPRISES, LLC, PARK PLACE MOTORS, LTD., HYTECH POWER, INC., HENRY DEAN, in his individual capacity and as Trustee for the SHARON GRAHAM BINGHAM 2007 TRUST, and BGH HOLDINGS, LLC, | |
| Defendants. | |

**STIPULATION AND ORDER**
No. 2:18-CV-00243-TSZ

**CORR CRONIN** LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

| | |
|---|---|
| 1 | **WHEREAS,** the parties to the above-captioned action (the "Parties") have scheduled a |
| 2 | settlement conference with Hon. Christopher Alston for Friday, May 10, 2019; |
| 3 | **WHEREAS**, the current deadline to exchange pretrial statements is also this Friday, May |
| 4 | 10, 2019 (ECF 328); |
| 5 | **WHEREAS**, the Parties wish to focus their efforts this week on discussing the potential |
| 6 | for resolution of this proceeding; |
| 7 | **ACCORDINGLY**, the Parties have stipulated that (i) pretrial statements may be |
| 8 | exchanged on Monday, May 13, 2019; and (ii) the parties' LCR 16 conference of counsel may then |
| 9 | occur on Wednesday, May 15, 2019. The remaining pre-trial and trial dates remain unchanged. |
| 10 | **IT IS SO STIPULATED.** |
| 11 | DATED: May 9, 2019 |

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600 Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

Jeffrey L. Willian (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2257
Email: jwillian@kirkland.com

Tammy A. Tsoumas (admitted *pro hac vice*)
Jonathan J. Faria (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8151
Email: tammy.tsoumas@kirkland.com
jonathan.faria@kirkland.com

*Attorneys for Plaintiff*

Emanuel Jacobowitz
Nathan J. Arnold
CLOUTIER ARNOLD ORTEGA PLLC
2701 First Avenue, Suite 200

**STIPULATION AND ORDER** – 1
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

Seattle, WA 98121
Telephone: (206) 866-3230
Email: manny@CAOteam.com
          nathan@CAOteam.com

*Attorneys for Defendants David S. Bingham, Sharon Bingham, Christopher Bingham, Cherish Bingham, Kelly Bingham, Bingo Investments, LLC, and CCRB Enterprises, LLC*

Scott B. Henrie
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone: (206) 628-6600
Email: shenrie@williamskastner.com
*Attorneys for Defendant Park Place Motors, Ltd. and Henry Dean as Trustee for the Sharon Graham Bingham 2007 Trust*

Manish Borde
BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (206) 905-6129
Email: mborde@bordelaw.com
*Attorneys for Defendants Henry Dean, as Trustee of the Sharon Graham Bingham 2007 Trust, HyTech Power, Inc., and Park Place Motors, Ltd.*

Dennis J. McGlothin
Robert J. Cadranell, II
WESTERN WASHINGTON LAW GROUP PLLC
7500 212th St. S.W., Suite 270
Edmonds, WA 98026
Phone: 425-428-7296
Email: dennis@westwalaw.com
          robert@westwalaw.com
*Attorneys for Defendants Henry Dean in his individual capacity, Cicilia Elali, and BGH Holdings, LLC*

**STIPULATION AND ORDER** – 2
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

BASED ON THE FOREGOING STIPULATION OF THE PARTIES, the Court ORDERS that (i) pretrial statements may be exchanged on Monday, May 13, 2019; and (ii) the parties' LCR 16 conference of counsel may then occur on Wednesday, May 15, 2019.  The remaining pre-trial and trial dates remain unchanged.

IT IS SO ORDERED.

DATED this 9th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

**STIPULATION AND ORDER** – 3
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600