UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING, LLC,

    Plaintiff,

v.

DAVID S. BINGHAM, et al.,

    Defendants.

C18-243 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulation to further extend pretrial deadlines, docket no. 339, is DENIED. The dates and deadlines set forth in the Court's Minute Order dated May 13, 2019, docket no. 337, remain in full force and effect. The trial remains set for June 3, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of May, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1