THE HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  LVB-OGDEN MARKETING, LLC,

No. 2:18-CV-00243-TSZ

10              Plaintiff,

**STIPULATION OF DISMISSAL AND
ORDER**

11      v.

12  DAVID S. BINGHAM, SHARON BINGHAM,
CHRISTOPHER BINGHAM, CHERISH
13  BINGHAM, KELLY BINGHAM, BINGO
INVESTMENTS, LLC, CCRB ENTERPRISES,
14  LLC, SKBB ENTERPRISES, LLC, PARK
PLACE MOTORS, LTD., HYTECH POWER,
15  INC., HENRY DEAN, in his individual capacity
and as Trustee for the SHARON GRAHAM
16  BINGHAM 2007 TRUST, and BGH
HOLDINGS, LLC,

17

              Defendants.

18

19

20

21

22

23

24

25

26

**STIPULATION OF DISMISSAL AND ORDER**
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LVB-Ogden Marketing LLC ("LVB") and Defendants David S. Bingham, Sharon Bingham, Christopher Bingham, Cherish Bingham, Kelly Bingham, Bingo Investments, LLC, CCRB Enterprises, LLC, SKBB Enterprises, LLC, Park Place Motors, Ltd., Hytech Power, Inc., Henry Dean in his individual capacity and as Trustee of the Sharon Graham Bingham 2007 Trust and BGH Holdings, LLC, (collectively "Defendants") hereby stipulate to dismissal of the above-captioned action as follows:

- All claims asserted in the above-captioned action against HyTech Power Inc. a/k/a HTP Inc. are dismissed WITH PREJUDICE;

- All claims asserted in the above-captioned action against all other Defendants are dismissed WITHOUT PREJUDICE;

- All counter-claims asserted in the above-captioned action against LVB are dismissed WITHOUT PREJUDICE.

All parties will bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: June 12, 2019

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600 Fax: (206) 625-0900
E-mail:  rsquires@corrcronin.com

Jeffrey L. Willian (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2257
Email:  jwillian@kirkland.com

**STIPULATION OF DISMISSAL AND ORDER** – 1
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

Tammy A. Tsoumas (admitted *pro hac vice*)
Jonathan J. Faria (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8151
Email:   tammy.tsoumas@kirkland.com
        jonathan.faria@kirkland.com

*Attorneys for Plaintiff*

Emanuel Jacobowitz
Nathan J. Arnold
CLOUTIER ARNOLD ORTEGA PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 866-3230
Email: manny@CAOteam.com
        nathan@CAOteam.com

*Attorneys for Defendants David S. Bingham,*
*Sharon Bingham, Christopher Bingham, Cherish*
*Bingham, Kelly Bingham, Bingo Investments,*
*LLC, and CCRB Enterprises, LLC*

Scott B. Henrie
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone:  (206) 628-6600
Email:  shenrie@williamskastner.com
*Attorneys for Defendant Park Place Motors, Ltd.*
*and Henry Dean as Trustee for the Sharon*
*Graham Bingham 2007 Trust*

Manish Borde
BORDE LAW PLLC
600 Stewart Street, Suite 400
Seattle, WA  98101
Telephone:  (206) 905-6129
Email:  mborde@bordelaw.com
*Attorneys for Defendants Henry Dean, as Trustee*
*of the Sharon Graham Bingham 2007 Trust,*
*HyTech Power, Inc., and Park Place Motors, Ltd.*

Dennis J. McGlothin
Robert J. Cadranell, II
WESTERN WASHINGTON LAW GROUP
PLLC
7500 212th St. S.W., Suite 270
Edmonds, WA  98026
Phone: 425-428-7296

---

**STIPULATION OF DISMISSAL AND ORDER** – 2

No. 2:18-CV-00243-TSZ

Email: dennis@westwalaw.com
      robert@westwalaw.com
*Attorneys for Defendants Henry Dean in his*
*individual capacity, Cicilia Elali, and BGH*
*Holdings, LLC*

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

# ORDER OF DISMISSAL

Pursuant to the Parties' stipulation, docket no. 350, all claims asserted in the above-captioned action against HyTech Power Inc. a/k/a HTP Inc. are DISMISSED WITH PREJUDICE. All claims asserted in the above-captioned action against all other Defendants are DISMISSED WITHOUT PREJUDICE. All counter-claims asserted in the above-captioned action against Plaintiff are DISMISSED WITHOUT PREJUDICE. All parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED this 12th day of June, 2019.

Thomas S. Zilly
United States District Judge

---

**STIPULATION OF DISMISSAL AND ORDER** – 4
No. 2:18-CV-00243-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600